IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT WILLIS,

Plaintiff,

-vs-

ALLIED INTERSTATE, LLC,

CASE NO.: 4:14-CV-00054-RH-CAS

Defenfant.
_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th March, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

Matthew B. Johnson, Esq.
335 Madison Avenue, 27th Floor
New York, NY 10017

Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #: 0135534
Attorney for Plaintiff